UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-po-00094-CKD |
| Plaintiff, | ORDER TO DISMISS AND VACATE INITIAL APPEARANCE |
| v. | |
| REGINA L. REECE, | DATE:  June 23, 2020 |
| Defendant. | TIME:  9:00 a.m. |
| | JUDGE: Honorable Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00094-CKD without prejudice is GRANTED.

It is further ordered that the initial appearance scheduled on June 23, 2020, is vacated.

IT IS SO ORDERED.

Dated: June 22, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND VACATE I/A                     1                     U.S. v. REGINA L. REECE